Geoffrey R. Romero (*pro hac vice*)
Law Offices of Geoffrey R. Romero
4801 All Saints Rd. NW
Albuquerque, NM 87120
Telephone: (505) 247-3338
Fax: (505) 271-1539
Geoff@GeoffRomeroLaw.com

Paul Zebrowski (AZ Bar No. 031823)
Thomas A. Biscup (*pro hac vice*)
ZEBROWSKI LAW
14362 N. Frank Lloyd Wright Blvd., Suite 1000
Scottsdale, AZ 85260
Telephone:  (480) 428-8181
Fax:  (586) 566-6898
paul@zebrowskilaw.com
tom@zebrowskilaw.com

John Patrick LaVelle (*pro hac vice*)
P.O. Box 35941
Albuquerque, NM 87176
505-277-0951
lavelle@law.unm.edu

*Counsel for Plaintiffs-Appellants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jamien Rae Jensen, individually and as parent and next friend of D.J. and as Personal Representative of the Wrongful Death Estate of unborn child C.J., deceased, Chavis Johnson, individually and as Personal Representative of the Wrongful Death Estate of Butch Corey Johnson, Margaret Johnson, Frank Johnson, Francesca Johnson, Justin Johnson, Holly Johnson, Dominique Johnson, Raymond Jensen, Sr., Louise R. Jensen, Katrina Jensen, Raymond Jensen, Jr., Murphy Jensen, Nicole Jensen, Ryan Jensen, and Justin Jensen, individually,<br><br>　　　　　Plaintiffs-Appellants, | No. 3:15-cv-08019-SPL<br><br>**PLAINTIFFS-APPELLANTS' NOTICE OF APPEAL (WITH ATTACHED REPRESENTATION STATEMENT)** |

1

| | |
|---|---|
| 1  vs. | ) |
| 2  EXC, Inc., a Nevada corporation, d/b/a | ) |
| 3  Express Charters and D.I.A. Express, Inc., | ) |
|    Conlon Garage, Inc., a Colorado | ) |
| 4  corporation, Go Ahead Vacations, Inc., a | ) |
| 5  Massachusetts corporation, Russell J. | ) |
|    Conlon, individually, and National | ) |
| 6  Interstate Insurance Company, | ) |
| 7           Defendants-Appellees. | ) |

Through counsel, Plaintiffs-Appellants, Jamien Rae Jensen, individually and as parent and next friend of D.J. and as Personal Representative of the Wrongful Death Estate of unborn child C.J., deceased, Chavis Johnson, individually and as Personal Representative of the Wrongful Death Estate of Butch Corey Johnson, Margaret Johnson, Frank Johnson, Francesca Johnson, Justin Johnson, Holly Johnson, Dominique Johnson, Raymond Jensen, Sr., Louise R. Jensen, Katrina Jensen, Raymond Jensen, Jr., Murphy Jensen, Nicole Jensen, Ryan Jensen, and Justin Jensen, individually, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment in a Civil Case, entered in this action on December 23, 2019 (doc. 200), from an Order denying Plaintiffs' Renewed Motion for Judgment on the Pleadings under Rule 50(b) (doc. 223), entered in this action on April 15, 2020, and from all pretrial, trial, and other interlocutory rulings that gave rise to the Judgment, including, *but not limited to*, the following:

> Order of 09/22/2017 granting Defendants' Second Motion for Judgment on the Pleadings as those parties and claims based only on Navajo and customary law and denying Plaintiffs' Motion for Leave to File Sur-reply (doc. 68);[1]

---

[1] Plaintiffs-Appellants previously sought to appeal this Order. The Ninth Circuit assigned it case no. 17-17163. The Ninth Circuit dismissed the appeal after finding that the Court lacked jurisdiction because the Order was not appealable as a final judgment or as an order within the collateral order doctrine.

Order of 02/13/2019 denying Plaintiff's Motion for Summary Judgment (doc. 126);

Minute entry of 05/28/2019 regarding rulings on motions in limine (doc. 164), including, *but not limited to*, the denial of Plaintiffs' MIL no. 3 to exclude Defendants' expert rebuttal witnesses untimely disclosed; partial denial of Plaintiffs' MIL no. 4 regarding the prior complaint in the Navajo Nation; denial of Plaintiffs' no. 6 regarding exclusion of bus passengers as witnesses and written statements; partial denial of Plaintiffs' MIL no. 7 to excluded defense expert Grimes; partial grant of Defendants' no. 1 re dismissed parties and claims; partial grant of Defendant's no. 5 re exclusion of Federal Motor Carrier Safety Regulation Sections and violations (doc. 164);

The improper exclusion for cause of juror no. 21 (Trial Tr. 125:3-126:9);

The failure to provide the jury with stipulated facts (Trial Tr. 158:6-8);

All evidentiary rulings at trial, including, *but not limited to*, the following:

> Exclusion or allowance of testimony from bus passengers' depositions, including Mrs. Sherman (Trial Tr. 172:8-18, 172:25-173:17, 174:20-175:16), Ms. Dawson (Trial Tr. 175:20-176:5, 176:6-14, 180:11-181:2, 181:4-183:7), and Mr. Sherman (Trial Tr. 982:1-25, 982:25-984:7);

Allowance of police report's conclusions regarding fault to be presented to the jury through Plaintiff's expert Mr. Turner, contrary to ruling on Plaintiffs' MIL no. 2 (Trial Tr. 257:18-261:6), and the exclusion of testimony from Mr. Turner (Trial Tr. 269:16-270:12, 272:2-7);

Admission or exclusion of testimony regarding the bus racing Mr. Wisner to the choke point and other testimony of Mr. Alexander (Trial Tr. 387:7-14, 477:4-12);

Exclusion of evidence regarding Ms. Jensen's miscarriage and other testimony of Dr. Harvie (Trial Tr. 608:7-609:21, 610:15-611:6, 611:8-13, 611:15-19);

Admission of unsupported evidence of the length of Ms. Jensen's loss of consciousness (Trial Tr. 671:22-672:5);

Admission of testimony of Mr. Grimes, including qualifying him as expert and regarding speed and off-tracking (Trial Tr. 770:22-771:6, 783:1-25);

Use of the prior complaint from the Navajo Nation court (Trial Tr. 904:13-906:25);

Denial of Plaintiffs' Rule 50(b) motion regarding Defendant's negligence per se (decided as a matter of law by the Court) and proximate cause where only evidence was that crash would not have occurred had the bus stayed in the right

lane (it would have been beyond the point where it could have impacted the Johnson vehicle) (Trial Tr. 1074:1-1083:15); and

All rulings related to jury instructions and the verdict form.

Per the Ninth Circuit's requirements, PLAINTIFFS-APPELLANTS' REPRESENTATION STATEMENT PER FRAP 12(b) AND CIRCUIT RULE 3-2(b), is attached to this Notice of Appeal.

DATED this 11th day of May, 2020.

Respectfully submitted,

s/Thomas A. Biscup
Thomas A. Biscup (*pro hac vice*)
ZEBROWSKI LAW
14362 N. Frank Lloyd Wright Blvd., Suite 1000
Scottsdale, AZ 85260
Telephone: (480) 428-8181
Fax: (586) 566-6898
tom@zebrowskilaw.com

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 11, 2020, the foregoing PLAINTIFFS-APPELLANTS' NOTICE OF APPEAL, with attached Representation Statement, were electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John Masterson
jmasterson@jshfirm.com

1  Brandi C. Blair
   bblair@jshfirm.com
2
                                          s/Thomas A. Biscup
3

6