Geoffrey R. Romero *(pro hac vice)*
Attorney at Law, NM State Bar #6697
4801 All Saints Rd. NW
Albuquerque, NM 87120
Telephone: (505) 247-3338
Fax: (505) 271-1539
geoff26@hotmail.com

Paul Zebrowski (AZ Bar No. 031823)
Thomas A. Biscup (*pro hac vice*)
ZEBROWSKI LAW
14362 N. Frank Lloyd Wright Blvd.
Suite 1000
Scottsdale, AZ 85260
Telephone: (480) 428-8181
Fax: (586) 566-6898
paul@zebrowskilaw.com
tom@zebrowskilaw.com

Ray M. Vargas, II *(pro hac vice)*
The Vargas Law Firm LLC
807 Silver Ave SW
Albuquerque, NM 87102-3020
Phone: (505) 242-1670
ray@vargaslawfirmabq.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jamien Jensen, *et al.*, | No. 3:15-cv-08019-SPL |
| Plaintiffs, | **STIPULATION TO DISMISS WITH PREJUDICE AS TO DEFENDANT RUSSELL J. CONLON ONLY** |
| vs. | |
| EXC, Inc., *et al.*, | |
| Defendants. | |

The Parties, through undersigned counsel, hereby stipulate and agree to the dismissal of Russell J. Conlon ONLY. This dismissal is not based on the adjudication of the merits of any claims against Russell J. Conlon and does not affect any claims between the remaining parties.

1

DATED this 26th day of September, 2024.

        Geoffrey R. Romero *(pro hac vice)*
        Attorney at Law, NM State Bar #6697
        4801 All Saints Rd. NW
        Albuquerque, NM 87120
        Telephone: (505) 247-3338
        Fax: (505) 271-1539
        geoff26@hotmail.com

           s/Thomas A. Biscup
        Paul Zebrowski (AZ Bar No. 031823)
        Thomas A. Biscup (*pro hac vice*)
        ZEBROWSKI LAW
        14362 N. Frank Lloyd Wright Blvd.
        Suite 1000
        Scottsdale, AZ  85260
        Telephone:  (480) 428-8181
        Fax:  (586) 566-6898
        paul@zebrowskilaw.com
        tom@zebrowskilaw.com

        Ray M. Vargas, II *(pro hac vice)*
        The Vargas Law Firm LLC
        807 Silver Ave SW
        Albuquerque, NM 87102-3020
        Phone: (505) 242-1670
        ray@vargaslawfirmabq.com

        John Patrick LaVelle
        P.O. Box 35941
        Albuquerque, NM 87176

        *Counsel for Plaintiffs*

           /sBrandi C. Blair/w/consent via email
        John T. Masterson
        Eileen Dennis GilBride
        Brandi C. Blair
        Ashley E. Caballero-Daltrey
        JONES, SKELTON & HOCHULI, P.L.C.
        40 N. Central Avenue, Suite 2700
        Phoenix, Arizona 85004

        *Attorneys for Defendants EXC, Inc. dba Express Charters and D.I.A. Express, Inc., Conlon Garage, Inc., Go Ahead Vacations, Inc., Russell J. Conlon, and National Interstate Insurance Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 26, 2024, the foregoing STIPULATION TO DISMISS WITH PREJUDICE AS TO DEFENDANT RUSSELL J. CONLON ONLY, was electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John Masterson
jmasterson@jshfirm.com

Elizabeth Gilbert
egilbert@jshfirm.com

Brandi C. Blair
bblair@jshfirm.com

Ashley E. Caballero-Daltrey
adaltrey@jshfirm.com

                                      s/Thomas A. Biscup